155024.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MONTBLANC-SIMPLO GMBH and        :    **JUDGE HOLWELL**
MONTBLANC NORTH AMERICA, LLC,    :
                                 :
            Plaintiffs,          :    CIVIL ACTION
                                 :
v.                               :    No.
                                 :    **'07 CIV 6956**
BOBLEY-HARMANN CORPORATION d/b/a :
MONTEFIORE FINE WRITING INSTRUMENTS; :
MONTEFIOREGIFTS.COM; GIFTVALUES.COM :
and JOHN DOES 1-10,              :
                                 :
            Defendants.          :
------------------------------------------------------------x

**DISCLOSURE PURSUANT TO RULE 7.1 AND LOCAL CIVIL RULE 1.9**

Pursuant to Federal Rule of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Montblanc-Simplo GmbH, Montblanc North America, LLC, Chloé, a division of Richemont North America, Inc. and Chloé, S.A. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties that are publicly held:

Compagnie Financiere Richmond, S.A.

Richemont S.A., Luxembourg

Respectfully submitted,

Dated: August 2, 2007              KALOW & SPRINGUT LLP


                                   By: _____
                                        Milton Springut (MS6571)
                                        Tal S. Benschar (TSB0838)