UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case #07CIV 6956

Montblanc-Simplo GmbH, et al.,

                                          Plaintiff(s),
                         -against-

Bobley-Harmann Corporation d/b/a Montefiore Fine Writing Instruments

                                          Defendant(s).

STATE OF NEW YORK  )
                        : SS.:
COUNTY OF ALBANY  )

Bessie LaGrande being duly sworn, deposes and says:
Deponent is over the age of eighteen years and is a resident of New York State. That on August 6, 2007 at approximately 10:55 AM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Case and Complaint
that the corporation served was:
Bobley-Harmann Corporation, a domestic business corporation, as the defendant(s), in this action, by personally serving two copies of the aforesaid papers at the office of the Department of State, located in the City of Albany, New York by delivering to and leaving the papers with Amy Lesch, a white female with brown hair, being approximately: 25-39 years of age; height of 5'2"-5'10"; weight of 161-190 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

                                                             _____
                                                             Bessie LaGrande

Sworn to before me
August 6, 2007

_____
Megan K. Prest
Commission expires on 12/04/2010
Notary Public State of New York
Appointed in County of Albany
Registration Number 01PR6051748