UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MONTBLANC-SIMPLO GMBH and
MONTBLANC NORTH AMERICA, LLC,   Civil Action No. 07 CIV 6956

                    Plaintiffs,

                                                   **Fed. R. Civ. P. 7.1 STATEMENT**

    -against-

BOBLEY-HARMANN CORPORATION d/b/a
MONTEFIORE FINE WRITING INSTRUMENTS,
MONTEFIOREGIFTS.COM and GIFTVALUES.COM
and JOHN DOES 1-10,

                    Defendants.
------------------------------------------------------------------X

      I, Steven e. Cohen, a partner of the law firm Franklin, Gringer & Cohen, P.C., counsel for defendants, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1.

1.     Defendants, BOBLEY-HARMANN CORPORATION d/b/a MONTEFIORE FINE WRITING INSTRUMENTS, MONTEFIOREGIFTS.COM and GIFTVALUES.COM have nc publically held parent companies, nor are they affiliated with any other publically held subsidiaries, affiliates or other entities.

Dated: Garden City, New York
        October 24, 2007

                                                    **FRANKLIN, GRINGER & COHEN, P.C.**
                                                    *Attorneys for Defendants*

                                                    By: Steven E. Cohen (SEC4315)
                                                    666 Old Country Road, Suite 202
                                                    Garden City, NY  11530
                                                    (516) 228-3131

TO:  KALOW & SPRINGUT LLP
     *Attorneys for Plaintiffs*
     488 Madison Avenue
     New York, NY 10022
     (212) 813-1600