157452.1

| | |
|---|---|
| Milton Springut, Esq.<br>Tal S. Benschar, Esq.<br>KALOW & SPRINGUT LLP<br>488 Madison Avenue<br>New York, New York 10022<br>Tel: (212) 813-1600<br>Fax: (212) 813-9600<br>Counsel for Plaintiffs<br>Montblanc-Simplo GmbH and<br>Montblanc North America, LLC | Steven E. Cohen, Esq.<br>FRANKLIN, GRINGER & COHEN P.C.<br>666 Old Country Road, Suite 202<br>Garden City, NY 11530-2013<br>Tel: (516) 228-3131<br>Fax: (516) 228-3136<br>Counsel for Defendant<br>Bobley-Harmann Corp. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MONTBLANC-SIMPLO GMBH and
MONTBLANC NORTH AMERICA, LLC,

    Plaintiffs,

v.

BOBLEY-HARMANN CORPORATION d/b/a
MONTEFIORE FINE WRITING INSTRUMENTS,
MONTEFIOREGIFTS.COM and GIFTVALUES.COM
and JOHN DOES 1-10,

    Defendants.
------------------------------------------------------------x

CIVIL ACTION

No. 07-CIV-6956 (RJH) (AJP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07

## JOINT REPORT AND PROPOSED DISCOVERY SCHEDULE

In accordance with Rule 26(f), Federal Rules of Civil Procedure and the "Initial Scheduling Conference Notice and Order" the parties hereby report as follows and propose the following schedule:

1. Description of the Case

    a. **Identify the attorneys of record for each party; including lead trial attorney;**

    Attorneys for the Plaintiffs

    Milton Springut, Esq.
    Tal S. Benschar, Esq.
    KALOW & SPRINGUT LLP
    488 Madison Avenue
    New York, New York 10022
    Tel: (212) 813-1600
    Fax: (212) 813-9600

    Attorneys for the Defendants

    Steven E. Cohen, Esq.
    FRANKLIN, GRINGER & COHEN P.C.
    666 Old Country Road, Suite 202
    Garden City, NY 11530-2013
    Tel: (516) 228-3131
    Fax: (516) 2283136

    b. **State the basis for federal jurisdiction;**

    Federal question, 28 U.S.C. §§ 1331 and 1338.

    c. **Briefly describe the claims asserted in the complaint and any counterclaims;**

    Infringement of trade dress in a pen design in violation of Lanham Act and common law.

    d. **State the major legal and factual issues in the case; and**

    Validity and infringement of trade dress; remedies.

    e. **Describe the relief sought.**

    Damages, profits and permanent injunction.

2. Proposed Case Management Plan

    a. **Identify all pending motions;**

    None.

    b. **Propose a cutoff date for joinder of additional parties;**

    February 28, 2008.

    c. **Propose a cutoff date for amendments to pleadings;**

    February 28, 2008.

    d. **Propose a schedule for completion of discovery, including:**

    i.   A date for Rule 26 (a)(1) disclosures, if not previously completed;

    December 15, 2007.

      ii.    A fact discovery completion date;

      May 1, 2008.

      iii.    A date for Rule 26 (a)(1) disclosures; and

      May 1, 2008.

      iv.    An expert discovery completion date, including dates for delivery of expense reports;

      June 15, 2008.

e.    Propose a date for filing dispositive motions;

    June 30, 2008.

f.    Propose a date for filing a final pretrial order; and

    August 4, 2008.

g.    Propose a trial schedule, indicating:

      i.    Whether a jury trial is requested;

      Yes.

      ii.    The probable length of trial; and

      Five (5) days.

      iii.    When the case will be ready for trial.

      August 4, 2008.

3.    **Consent to Proceed Before a Magistrate Judge** – Indicate whether the parties consent unanimously to proceed before a Magistrate Judge.

Not all parties so consent.

4.    **Status of Settlement Discussions**

  a.    Indicate whether any settlement discussions have occurred;

    No.

  b.    Describe the status of any settlement discussions; and

    Plaintiffs need discovery before settlement discussions can be effectuated.

3

c. **Whether parties request a settlement conference.**

Plaintiffs' position is that a settlement conference will only be productive after the first round of discovery is completed.

*[Handwritten annotation: 5. A pre-trial conference shall be held on May 2, 2008 at 10:30 a.m.]*

Respectfully submitted,

KALOW & SPRINGUT, LLP
488 Madison Avenue
New York, NY 10022
Tel: (212) 813-1600
Fax No. (212) 813-9600
Counsel for Plaintiffs
Montblanc-Simplo GmbH and
Montblanc North America, LLC

Dated: November __, 2007     By: _____
                                  Milton Springut, Esq.
                                  Tal S. Benschar, Esq.

FRANKLIN, GRINGER & COHEN P.C.
666 Old Country Road, Suite 202
Garden City, NY 11530-2013
Tel: (516) 228-3131
Fax: (516) 2283136
Counsel for Defendant Bobley-Harmann Corp.

Dated: November __, 2007     By: _____
                                  Steven E. Cohen, Esq.

IT IS SO ORDERED:

Dated: 11/13, 2007           By: _____
                                  Hon. Richard J. Holwell, U.S.D.J.

4