# KALOW & SPRINGUT LLP

### ATTORNEYS AT LAW

488 MADISON AVENUE · NEW YORK, NY 10022
212 813-1600 · FAX 212 813-9600 · INFO@CREATIVITY-LAW.COM

**VIA FACSIMILE**
April 25, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY
> DOC #:
> DATE FILED: 4/30/08

Tal S. Benschar
tbenschar@creativity-law.com

RECEIVED
APR 25 2008
CHAMBERS OF
RICHARD J. HOLWELL

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *Montblanc-Simplo GmbH, et al. v.*
      *Bobley-Harmann Corp. d/b/a Montefiore Fine Writing Instruments, et al.*
      Civil Action No. 07-CIV-6956 (RJH)(AJP)

Dear Judge Holwell:

We represent Plaintiffs. We write to present a joint application of the Plaintiffs and the Defendants to extend the schedule in the action. No prior such request has been made in this case.

Briefly, the parties have been working on discovery in the case. However, additional time is needed to obtain fact discovery both from the parties and from non-parties through issued subpoenas. After that is complete, we propose to negotiate a settlement before incurring the expense of expert reports and then preparing the case for trial.

Accordingly, we request the Court adopt the following revised schedule:

|  | Prior Schedule | proposed New Schedule |
|---|---|---|
| Complete Fact Discovery | May 1, 2008 | August 1, 2008 |
| Expert Reports | May 1, 2008 | August 1, 2008 |
| Complete Expert Discovery | June 15, 2008 | Sept. 15, 2008 |





KALOW & SPRINGUT LLP

Honorable Richard J. Holwell
April 25, 2008
Page 2

| | | | |
|---|---|---|---|
| File Dispositive Motions | June 30, 2008 | Oct. 1, 2008 | |
| File Pre-Trial Order | August 7, 2008 | November 7, 2008 | |

We also note that the Court had scheduled a status conference for May 2, 2008 -- immediately after the close of fact discovery. If the Court adopts the new proposed schedule, it may wish to adjourn this date to sometime in early August.

Respectfully submitted,

KALOW & SPRINGUT LLP

Tal S. Benschar
TSB/sb

cc:    Steven Cohen, Esq. (via facsimile)

*Application Granted.*
*No further extensions.*
*Conference adjourned from*
*May 2, 2008 to August 08*
*2008 at 10:00.*

*SO ORDERED*

*USDJ*
*4/25/08*

172610.1