UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

-----------------------------------------------------------x

MONTBLANC - SIMPLO GmbH,         :     07 Civ. 06956 (RJH)

                Plaintiff,       :

      -against-             :     **ORDER**

BOBLEY - HARMANN, Corporation,   :

                Defendant.       :

-----------------------------------------------------------x

         The pretrial conference presently scheduled for August 08, 2008 is adjourned to September 05, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge