```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

**MONTBLANC - SIMPLO GmbH,**         :        07 Civ. 06956 (RJH)
                                     :
                Plaintiff,           :
                                     :
        -against-                    :        **ORDER**
                                     :
**BOBLEY - HARMANN, Corporation,**   :
                                     :
                                     :
                Defendant.           :
                                     :
------------------------------------------------------------x

The pretrial conference scheduled for September 05, 2008 is rescheduled to October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 22, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge